stay granted, on condition that appeal be argued or submitted on December 2, 1921. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE A. C. & H. M. HALL REALTY COMPANY v. LEON S. MOOS.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARTHA E. GROPPER v. CHARLES GROPPER and Others.— Motion granted so far as to stay proceedings pending appeal, on condition that said appeal be argued or submitted on December 2, 1921. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARGARET RIMMER and Others, as Administratrices, etc., v. NEW YORK TELEPHONE COMPANY.— Preference granted for November 29, 1921. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

LOUIS FOX, Respondent, v. FRANCIS A. WILLIAMS, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Jarmulowsky* v. *Rosenbloom* (125 App. Div. 542). Appeal from order denying motion for reargument dismissed. Present — Clarke, P, J., Laughlin, Dowling, Smith and Page, JJ.

ABRAHAM GORDON and Another, Respondents, v. ISIDORE SCHNEIDERMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, by striking from the original order for examination the portion specified in the order to show cause, dated October 1, 1921; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RAW SILK TRADING COMPANY, Respondent, v. FULTON COUNTY SILK MILLS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HIS MAJESTY, KING OF THE UNITED KINGDOM OF GREAT BRITAIN AND IRELAND AND OF THE BRITISH DOMINIONS BEYOND THE SEAS, EMPEROR OF INDIA, Appellant, v. MANNING, MAXWELL & MOORE, INC., Respondent. (Appeal No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion to vacate or modify order for examination denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HIS MAJESTY, KING OF THE UNITED KINGDOM OF GREAT BRITAIN AND IRELAND AND OF THE BRITISH DOMINIONS BEYOND THE SEAS, EMPEROR OF INDIA, Appellant, v. MANNING, MAXWELL & MOORE, INC., Respondent. (Appeal No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY J. WILSON, Relator, v. CHARLES N. HARRIS, City Magistrate of the City of New York, and JOHN J. HANLEY, Warden and Keeper of the City Prison of the City of New York, Respondents. WILLIAM E. BELL, Prisoner, Appellant.—